IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEALANDUS MONTEZ BEST,           )
                                 )
            Petitioner,          )
                                 )
vs.                              )   CIVIL NO. 06-062-GPM
                                 )
DON HULICK,                      )
                                 )
            Respondent.          )

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

This matter is before the Court on Petitioner's motion requesting leave to proceed *in forma pauperis* on appeal. Petitioner, an inmate in the Menard Correctional Center, included with his motion a copy of his inmate trust fund account statement. This Court previously denied Petitioner's motion for relief under 28 U.S.C. § 2254 and declined to issue a certificate of appealability.

It is clear that Petitioner is indigent, and the Court cannot find that the instant appeal is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *see also Walker v. O'Brien*, 216 F.3d 626, 631-32 (7th Cir. 2000) (explaining that the standard governing the issuance of a certificate of appealability is more demanding than the standard for determining whether an appeal is taken in good faith for purposes of proceeding *in forma pauperis* on appeal). Having been fully considered by the Court, Petitioner's motion for leave for proceed on appeal *in forma pauperis* (Doc. 31) is **GRANTED**. Because this is a collateral proceeding attacking Petitioner's underlying conviction, the Court finds that the initial filing fee provisions of 28 U.S.C. § 1915(b) do not apply. *See generally Walker*, 216 F.3d at 628-29 (holding that the Prison Litigation Reform Act does not apply to any requests for

collateral relief under 28 U.S.C. §§ 2241, 2254, or 2255).

**IT IS SO ORDERED.**

DATED: 02/13/08

s/ G. Patrick Murphy<br>
G. Patrick Murphy<br>
United States District Judge